IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

__Clare Locke LLP__

Plaintiff,

v.                                          Civil Action No. _____

__Kytch, Inc.__

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

__Clare Locke LLP__                                    __Virginia, Tennessee, Florida, Texas, Maryland__
(Party/Intervenor)                                            (Citizenship)

_____                               _____
(Party/Intervenor)                                            (Citizenship)

_____                               _____
(Party/Intervenor)                                            (Citizenship)

__April 4, 2024__                                        __C. Bryan Wilson__
Date                                                    Digitally signed by C. Bryan Wilson
                                                        Date: 2024.04.04 20:05:10 -04'00'
                                                        Signature of Attorney or Litigant
                                                        Counsel for __Clare Locke LLP__