# EXHIBIT F

# Austin, Perry

| | |
|---|---|
| **From:** | AAA Eve Turner <EveTurner@adr.org> |
| **Sent:** | Tuesday, April 2, 2024 6:22 PM |
| **To:** | Burke, William; Austin, Perry; Wilson, C. Bryan; Denchfield, Elizabeth; daniel.watkins@mwpp.com |
| **Subject:** | Clare Locke, LLP v. Kytch, Inc. - Case 01-24-0002-9516 |
| **Attachments:** | 2024-04-02 Emergency Arbitrator Decision and Order_34280094.pdf |

Good afternoon Counsel,

Please see the attached Decision and Order from Emergency Arbitrator Schub.

Thank you,
Eve



**AAA Eve Turner**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4774  F: 866 644 0234  E: EveTurner@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.